**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

**vs.**                                          **CASE NO. 3:00CR00110-04(HL)**

**NELSON TORRES-SANTOS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INFORMATIVE MOTION**

TO THE HONORABLE HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, Yarixa Vázquez Marcano, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, Nelson Torres-Santos, who on April 5, 2001, was sentenced to ninety moths (90) months of imprisonment after having plead guilty of violating 21 U.S.C. Sections 841(a)(1), and 846. A five (5) year supervised release term was imposed with the special conditions of urinalyses and substance abuse treatment, if deemed necessary. A $100.00 special monetary assessment was also imposed. On November 11, 2005, the offender was released from custody at which time his supervised release term commenced.

**RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

Since his release from custody, the offender has violated the following condition of his supervision term as noted:

1.    **SPECIAL CONDITION NO 7- " YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND YOU SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE OR ADMINISTER CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCE UNLESS PRESCRIBED OR ADVISED BY A PHYSICIAN."**

On February 27, 2006, a call was received from the offender who reported that on February 26, 2006, he had a car accident and was also detained for Driving While Intoxicated (DWI). A preliminary hearing was scheduled for March 2nd, 2006, but the same was canceled. The offender was referred to outpatient treatment on March 8, 2006, as a preventive measure. Presently, the offender is on bail.

**WHEREFORE**, the aforementioned is provided for informational purposes at this time. The Court will be kept abreast of the final disposition in this case.

In San Juan, Puerto Rico, this 17th day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yarixa Vázquez-Marcano
Yarixa Vázquez-Marcano
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5920
Fax 787-771-4063
Email:yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 16, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mathew Thomas, Assistant U.S. Attorney and Yolanda Collazo, Esq.

At San Juan, Puerto Rico, March 17th , 2006.

> s/Yarixa Vázquez-Marcano
> Yarixa Vázquez-Marcano
> U.S. Probation Officer
> Federal Office Bldg. Room 400
> 150 Chardon Avenue
> San Juan, P.R. 00918-1741
> Tel. 787-766-5920
> Fax 787-771-4063
> Email:yarixa_vazquez@prp.uscourts.gov